J Christopher Jorgensen. Esq.
Nevada Bar No. 5382
Zaydee R. Stemmons, Esq.
Nevada Bar No. 16064
**WOMBLE BOND DICKINSON (US) LLP**
3993 Howard Hughes Parkway, Suite 600
Las Vegas, NV 89169
Tel: (702) 949-8200
Fax: (702) 949-8398
Chris.Jorgensen@wbd-us.com
Zaydee.Stemmons@wbd-us.com

*Attorneys for Defendant KONE INC.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| LAKITA BURTON,<br><br>        Plaintiffs,<br><br>v.<br><br>KONE CORPORATION, a Business Corporation; KONE INC., a business corporation doing business as KONE U.S.A; ROE MANUFACTURER, I-V; ROE DISTRIBUTOR, I-V; ROE RETAILER, I-V; ROE WHOLESALER, I-V; ROE MAINTENANCE COMPANY I-V; ROE CONTRACTOR; ROE DESIGNER, I-V; ROE EMPLOYER ROE COMPANY, I-C; DOE EMPLOYEE; DOE CONTRACTOR; DOE SALES REPRESENTATIVE, I-V, inclusive, and DOES I-X,<br><br>        Defendants. | Case No.:  2:25-CV-00028-BNW<br><br>**JOINT STIPULATION AND ORDER TO REMAND ACTION TO STATE COURT** |

        The Parties, Plaintiff Lakita Burton ("Plaintiff") and Defendant Kone Inc. ("Defendant"), by and through undersigned counsel, hereby stipulate and jointly move to remand the above-captioned action to the Eighth Judicial District Court, Clark County. In support of this Stipulation, the Parties state as follows:

        1.     Plaintiff commenced this action, styled *Burton v. Kone Corporation, et al..,* Case No. A-24-905667-C, in the Eighth Judicial District Court, Clark County, Nevada on November 7, 2024.

127377737.2

2.     Defendant removed the action from the Eighth Judicial District Court to the United States District Court of Nevada on January 6, 2025.

3.     On January 31, 2025, counsel for Plaintiff, by way of settlement demand, admitted the value of Plaintiff's claims do not reach the jurisdictional threshold for this Court..

4.     Therefore, the Parties are in agreement that this matter should be remanded back to the Eighth Judicial District Court, Clark County.

DATED this 12th day of February, 2025.

| SIN CITY LAW | WOMBLE BOND DICKINSON (US) LLP |
|---|---|
| /s/ *Jacob G. Leavitt* <br> Jacob G. Leavitt, Esq. <br> Nevada Bar No. 12608 <br> 839 S. Decatur Blvd. <br> Las Vegas, Nevada 89107 <br><br> *Attorney for Plaintiff Lakita Burton* | /s/ *J Christopher Jorgensen* <br> J Christopher Jorgensen, Esq. <br> Nevada Bar No. 5382 <br> Zaydee R Stemmons, Esq. <br> Nevada Bar No. 16991 <br> 3993 Howard Hughes Parkway, Suite 600 <br> Las Vegas, NV 89169 <br><br> *Attorneys for Defendant Kone Inc.* |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED:_____



127377737.2